UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EONLINE GLOBAL, INC, et al., <br> Plaintiffs, <br> v. <br> GOOGLE LLC, <br> Defendant. | Case No. 16-cv-05822-EJD (SVK) <br><br> **ORDER REGARDING JULY 10, 2018, JOINT DISCOVERY LETTER BRIEF RE LOCATION OF DEPOSITIONS** <br><br> Re: Dkt. No. 61 |

Before the Court is the parties' joint discovery letter brief regarding the location of the depositions for two principals of Plaintiff companies, Travis Newman and Mark Ashworth. *See* ECF 61. Plaintiffs have determined that Mr. Newman will also testify as a Rule 30(b)6 witness. *Id.* at 2. Mr. Newman and Mr. Ashworth reside in South Carolina and Arizona, respectively. *Id.* at 1. Defendant Google, Inc. ("Google") contends that the two deponents should travel to the Northern District of California to sit for their depositions. *Id.* Plaintiffs argue that appearing for deposition out-of-state presents significant hardships in terms of both cost and time. *Id.* at 2. Pursuant to Civil Local Rule 7-1(b), the Court deems this matter suitable for determination without oral argument and ORDERS as follows:

The parties acknowledge the general rule that the plaintiff must produce its agents for deposition in the forum where the plaintiff filed suit. *Id.* at 2, 4; *See also Perdana Capital Inc. v. Chowdry*, 2010 WL 11475933, at *3 (N.D. Cal. Sept. 2, 2010) (citation omitted). The parties also acknowledge that in this case, the suit is filed in the Northern District of California pursuant to a forum selection clause drafted by Google. ECF 61 at 2, 4. The parties do not address whether Google would have been subject to personal jurisdiction in either South Carolina or Arizona. The Court is not inclined to deviate from the general rule. Google's proposed compromise to evenly

split the airfare and hotel costs substantially mitigates Plaintiffs' claim of hardship. ECF 61 at 5. This proposal presents a reasonable compromise in light of the facts presented.

The Court ORDERS Plaintiffs to produce Mr. Newman and Mr. Ashworth for deposition in the Northern District of California. The parties shall split the two deponents' economy travel costs evenly. To further mitigate any hardship related to missing days of work, the depositions may take place on the weekend, at Plaintiffs' discretion.

**SO ORDERED.**

Dated: July 13, 2018

SUSAN VAN KEULEN
United States Magistrate Judge