UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EONLINE GLOBAL, INC, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Case No. 5:16-cv-05822-EJD<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 118 |

On May 15, 2019, the Court granted Defendant Google LLC's motion for summary judgment. ECF No. 118. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant Google LLC and against Plaintiffs eOnline Global, Inc., Sonoran Online Marketing, LLC, and Four Peaks Online Marketing, LLC. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 15, 2019

EDWARD J. DAVILA
United States District Judge